UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - NORTHERN

| | |
|---|---|
| NORMAN UNDERSTEIN<br>JILL PARRECO<br>8757 Georgia Avenue, Suite 1330<br>Silver Spring, Maryland  20910<br><br>    Plaintiffs<br><br>v.<br><br>ONCONOME, INC.<br>15385 NE 90th Street<br>Redmond, Washington 98052<br><br>and<br><br>H. RAY CAIRNCROSS<br>102 Fox Creek Road<br>Ketchum, Idaho 83340<br><br>and<br><br>JAY HAGENBUCH<br>13306 Highway 75<br>Ketchum, Idaho 83340<br><br>and<br><br>KEN KELLER<br>221 1st Avenue W. Suite 108<br>Seattle, Washington 98119<br><br>and<br><br>J. CARTER MCNABB<br>221 East Fourth Street, Suite 2400<br>Cincinnati, Ohio 45202<br><br>and<br><br>GREGORY DEMOPULOS<br>4845 Forest Avenue South East<br>Mercer Island, Washington 98040 | Civil Action No. |

and

RANDALL BROCK
15385 NE 90th Street
Redmond, Washington 98052

    Defendants

## NOTICE OF REMOVAL

    Defendants Onconome, Inc., H. Ray Cairncross, Jay Hagenbuch, Ken Keller, J. Carter McNabb, Gregory Demopulos, and Randall Brock (collectively "Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal of the above-captioned action to the United States District Court for the District of Maryland, Northern Division from the Circuit Court of Maryland for Baltimore City, pursuant to 28 U.S.C. §1441, *et seq.*, and in support thereof state as follows:

    1.    On or about August 27, 2009, Plaintiffs, Norman Understein and Jill Parreco, filed a Complaint against Defendants in the Circuit Court for Baltimore City. A copy of the Complaint and Summons is attached hereto as Exhibit A.

    2.    Defendants Onconome, Inc. and Randall Brock were served with process of Plaintiffs' Complaint on October 15, 2009; as of the date of this filing, none of the other Defendants have been served with process. As such, the instant Notice of Removal is being filed within the thirty-day time period prescribed by 28 U.S.C. §1446(b).

    3.    In the Complaint, Plaintiffs asserted the following counts: (1) Fraud; (2) Negligent Concealment; (3) Negligent Misrepresentation; (4) Conspiracy; and (5) Maryland Securities Act.

## GROUNDS FOR REMOVAL BASED UPON DIVERSITY JURISDICTION

4. This Court's jurisdiction to hear Plaintiffs' claims exists where there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. §1332(a).

5. Pursuant to 28 U.S.C. §1441(a), this Court has removal jurisdiction based upon diversity of citizenship in cases where it would have had original jurisdiction based upon diversity of citizenship, subject to the following limitations:

   a. Removal jurisdiction predicated upon diversity of citizenship is subject to the limitation that none of the defendants may be a citizen of the state in which the action is brought. 28 U.S.C. §1441(b); see also Lincoln Prop. Co. v. Roche, 546 U.S. 81, 53-84 (2005).

   b. Additionally, diversity of citizenship must exist at the time that the original action was filed, as well as at the time that the Notice of Removal is filed. Kieffer v. Travelers Fire Ins. Co., 167 F. Supp. 398, 401 (D. Md. 1958) (citing Gibson v. Bruce, 108 U.S. 561 (1883)).

   c. Finally, all defendants must consent to the removal. Chicago R.I. & P.R. Co. v. Martin, 178 U.S. 245, 248 (1900).

**Facts in Support of Removal**

6. As set forth in Plaintiffs' Complaint, their home address is 8757 Georgia Avenue, Suite 1330, Silver Spring, Maryland 20910. Thus, Plaintiffs were citizens of Maryland at the time of the filing of the Complaint and are currently citizens of Maryland.

7. Defendant Onconome, Inc. was organized under the laws of Washington in 2001 and has maintained its principal place of business in the State of Washington since 2001. Thus,

pursuant to 28 U.S.C. §1332(c)(1), Defendant Onconome, Inc. is currently, and was at the time of the filing of the Complaint, a citizen of the state of Washington.

8. Defendant H. Ray Cairncross was a citizen of Idaho at the time of the filing of the Complaint and is currently a citizen of Idaho.

9. Defendant Jay Hagenbuch was a citizen of Idaho at the time of the filing of the Complaint and is currently a citizen of Idaho.

10. Defendant Ken Keller was a citizen of Washington at the time of the filing of the Complaint and is currently a citizen of Washington.

11. Defendant J. Carter McNabb was a citizen of Ohio at the time of the filing of the Complaint and is currently a citizen of Ohio.

12. Defendant Gregory Demopulos was a citizen of Washington at the time of the filing of the Complaint and is currently a citizen of Washington.

13. Defendant Randall Brock was a citizen of Washington at the time of the filing of the Complaint and is currently a citizen of Washington.

14. As set forth in Plaintiffs' Complaint, the amount in controversy, without interest and costs, is $100,000, and, as such, exceeds the sum or value of $75,000, which is the amount specified by 28 U.S.C. §1332(a).

15. As Defendants, through the undersigned counsel, are jointly seeking removal, each consents to the removal of the instant case from the Circuit Court for Baltimore City, Maryland to this Court.

16. None of the Defendants are citizens of Maryland, nor were they citizens of Maryland at the time of the filing of the Complaint.

17.     Plaintiffs are citizens of Maryland; Defendants Onconome, Inc., Ken Keller, Gregory Demopulos and Randall Brock are citizens of Washington; Defendants H. Ray Cairncross and Jay Hagenbuch are citizens of Idaho; and J. Carter McNabb is a citizen of Ohio. As such, complete diversity of citizenship currently exists between the parties and complete diversity of citizenship existed between the parties at the time that the original action was filed. Moreover, all of the Defendants consent to removal and none of the Defendants are citizens of Maryland, the state where the action was brought.

18.     Accordingly, this Court has original jurisdiction, pursuant to 28 U.S.C. §1332(a), and the action is removable from the Circuit Court for Baltimore City, pursuant to 28 U.S.C. §1441.

## PROCEDURAL COMPLIANCE

19.     Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon the Defendants are filed with this Notice, and are attached as Exhibit A.

20.     As required by 28 U.S.C. §1446(d), Defendants have given written Notice to Plaintiff of the filing of this Notice of Removal, have filed a copy of the Notice of Removal with the Circuit Court for Baltimore City; additionally, simultaneously herewith, Defendants are filing, with this Court, a Certification of Filing of Notice of Removal in State Court.

21.     Pursuant to Rule 103.5(a) of the Rules of the United States District Court for the District of Maryland, simultaneously herewith, Defendants are filing, with this Court, copies of all records and proceedings from the Circuit Court for Baltimore City and are filing, with this Court, a Certification of Filing of State Court Documents.

22. Pursuant to Rule 103.5(c) of the Rules of the United States District Court for the District of Maryland, simultaneously herewith, Defendants are filing, with this Court, a Disclosure of Affiliations and Financial Interests.

23. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, simultaneously herewith, Defendants are filing their Answer to Plaintiff's Complaint.

WHEREFORE, Defendants request that this action be removed to this Court from the Circuit Court for Baltimore City and that it proceed in this Court as an action properly removed.

Date: November 12, 2009

Respectfully submitted,

/s/
_____
Gregg E. Viola (Federal Bar No. 25737)

/s/
_____
John M. Losinger (Federal Bar No. 28606)
ECCLESTON AND WOLF, P. C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
viola@ewmd.com
losinger@ewmd.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November 2009 a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid to:

>Stephen H. Ring, Esquire
>Stephen H. Ring, P.C.
>506 Main Street, Suite 215
>Gaithersburg, Maryland 20878
>*Attorney for Plaintiffs*

>/s/
>_____
>John M. Losinger