UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - NORTHERN

| | |
|---|---|
| NORMAN UNDERSTEIN, et al.<br><br>Plaintiffs<br><br>v.<br><br>ONCONOME, INC., et al.<br><br>Defendants | Civil Action No. RDB-09-3015 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, by and through their respective undersigned counsel, pursuant to Federal Rule 41, hereby stipulate that any and all claims set forth against any and all parties in the above captioned case be and hereby are **DISMISSED WITH PREJUDICE** and that this case is to be closed statistically.

Gregg E. Viola (Federal Bar No. 25737)
John M. Losinger (Federal Bar No. 28606)
ECCLESTON AND WOLF, P. C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
viola@ewmd.com
losinger@ewmd.com
*Attorneys for Defendants*

Stephen H. Ring, Esquire
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
*Attorney for Plaintiffs*

Request GRANTED This 20th Day of October, 2010

Richard D. Bennett
United States District Judge

J:\93098\PLEAD\DIS-STIP.DOC